IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00752-REB-NYW | Date: | March 6, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| JAMES S. GRADY, | *Mollie B. Hawes* |
| | *Benjamin Lee Broder* |
| **Plaintiff,** | |
| v | |
| EVAN BRODERSEN, | *Brian Emmanuel Jorde* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 3:03 p.m.

Appearance of counsel. Mr. Grady appears with counsel.

Argument held on Motion for Sanctions for Defendant's Spoliation of Evidence [66] filed on November 14, 2014.

For the reasons stated on the record, it is

**ORDERED: Motion for Sanctions for Defendant's Spoliation of Evidence [66] is TAKEN UNDER ADVISEMENT. Separate order to issue.**

Court in Recess:  3:31 p.m.        Hearing concluded.        Total time in Court:  00:28

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.