**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00752-REB-NYW

JAMES S. GRADY, d/b/a Group Five Photosports,

    Plaintiff,

v.

EVAN BRODERSEN, a/k/a EFAN BRUDER, and
JOHN DOES 1-5,

    Defendants.

**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT**

**Blackburn, J.**

The matters before me are (1) **Plaintiff's Motion for Summary Judgment** [#65][1] filed November 14, 2014; and (2) defendant Evan Brodersen's **Motion for Partial Summary Judgment** [#64] filed November 14, 2014.  Responses [#72 & #74] to the motions and a reply [#77] in support of the motion of the plaintiff were filed.  I deny both motions.

I have jurisdiction over this case under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).  I have reviewed the summary judgment motions, the responses, and the reply and have considered the apposite arguments, authorities, and evidence presented by the parties.  Given that review, it is apparent that there exist genuine disputes of material fact that are not appropriate for summary resolution.

---

[1]  "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion for Summary Judgment** [#65] filed November 14, 2014, is denied; and

2. That defendant Evan Brodersen's **Motion for Partial Summary Judgment** [#64] filed November 14, 2014, is denied.

Dated April 28, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge