**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00752-REB-BNB

JAMES S. GRADY, d/b/a GROUP FIVE PHOTOSPORTS,

　　　Plaintiff,

v.

EVAN BRODERSEN, a/k/a EFAN BRUDER, and
JOHN DOES 1-5,

　　　Defendants.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

　　　The attached **Juror Questionnaire** is approved for use in the trial of this case.

　　　**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

　　　Dated April 30, 2015, at Denver, Colorado.

　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　Robert E. Blackburn
　　　　　　　　　　　　United States District Judge