## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  13-cv-00752-REB-NYW

JAMES S. GRADY, d/b/a GROUP FIVE PHOTOSPORTS,

    Plaintiff,

v.

EVAN BRODERSEN, a/k/a EFAN BRUDER, and
JOHN DOES 1-5,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#112][1] filed April 30, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss with Prejudice** is granted;

2. That all other pending motions, including but not limited to [#96], are denied as moot;

3. That with the consent of United States Magistrate Judge Nina Y. Wang, the motion hearing before Magistrate Judge Wang set for June 10, 2015, is vacated;

4. That the combined Final Pretrial Conference/Trial Preparation Conference set

---

[1]  "[#112]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

for May 1, 2015, is vacated;

    5.  That the jury trial set to commence May 4, 2015, is vacated; and

    6.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated April 30, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge